UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FILED
22 FEB 24 PM 4:14

UNITED STATES OF AMERICA

v.  CASE NO. 8:22-cr-74 VMC-AAS
18 U.S.C. § 1341

SHIRIN MARSHALL

## INDICTMENT

The Grand Jury charges:

### COUNTS ONE THROUGH FOUR
(Mail Fraud)

At times relevant to this Indictment:

#### A. Introduction

1. The Federal Employees Compensation Act (FECA), Title 5, United States Code, Chapter 81, provided that designated federal employees who suffered work-related injuries were entitled to certain benefits. Employees of the United States Postal Service (Postal Service) were covered by FECA. A Postal Service employee injured in the performance of his or her duties was entitled to wage compensation as well as certain medical benefits, including medical services, appliances, and supplies prescribed or recommended by a qualified physician.

2. The Office of Workers' Compensation Programs (OWCP), United States Department of Labor (DOL), administered benefits under FECA.

3. All FECA payments to eligible Postal Service employees were financed by funds of the Postal Service.

4. The OWCP-DOL required FECA beneficiaries to complete and submit periodic reports, known as Form EN-1032, to determine whether said beneficiaries continued to be eligible to receive benefits under FECA.

5. The Form EN-1032 required FECA beneficiaries to disclose salaried, commissioned and self-employment activities as well as volunteer activities.

6. A FECA beneficiary's entitlement to benefits ended when the disability ended. If a FECA beneficiary recovered sufficiently to work part or full-time, including light duty work, the amount of the beneficiary's benefits could be reduced.

7. On or about September 7, 2000, the defendant, a Postal Service employee, completed and signed a Form CA-2 (Notice of Occupational Disease and Claim for Compensation). The claims were subsequently accepted, and she began receiving benefit payments in 2004.

8. From in or around April 2008, through and including the date of this Indictment, in the Middle District of Florida, and elsewhere, the defendant,

SHIRIN MARSHALL,

did knowingly and willfully devise and intend to devise a scheme and artifice to defraud, and for obtaining money and property by means of material false and fraudulent pretenses, representations, and promises.

### B. Manner and Means of Scheme and Artifice

9. The manner and means by which defendant sought to accomplish the object of the scheme and artifice included, among other things, the following:

10. It was part of the scheme and artifice that the defendant would and did conceal her physical capabilities, emotional state, and employment activities from the OWCP-DOL in order to continue receiving federal workers' compensation benefits.

11. It was a further part of the scheme and artifice that the defendant would and did misrepresent her true medical condition to her treating physicians.

12. It was a further part of the scheme and artifice that the defendant would and did make false and fraudulent misrepresentations about her employment activities on Forms EN-1032, which she was required to and did complete and submit annually to OWCP-DOL.

13. It was a further part of the scheme and artifice that the defendant would and did fail to report and conceal her physical and emotional capabilities, including but not limited to, her ability to engage in business development activities, participate in exercise workouts, and take active vacations.

14. It was a further part of the scheme and artifice that the defendant would and did misrepresent, conceal, and hide, and cause to be misrepresented, concealed, and hidden, the scheme and artifice and acts performed in furtherance thereof.

### D. Execution of the Scheme and Artifice

15. On or about the date set out in each count below, in the Middle District of Florida and elsewhere, for the purpose of executing and attempting to execute the aforesaid scheme and artifice, the defendant did knowingly cause to be delivered by

U.S. mail, according to the directions thereon, OWCP-DOL benefits checks in the amounts specified below.

| COUNT | DATE | AMOUNT |
|---|---|---|
| One | 1 April 2017 | $2,223.00 |
| Two | 19 August 2017 | $2,223.00 |
| Three | 26 May 2018 | $2,272.00 |
| Four | 21 July 2018 | $2,272.00 |

In violation of 18 U.S.C. § 1341.

## **FORFEITURE**

1. The allegations contained in Counts One through Four of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Upon conviction of the violations alleged in Counts One through Four, the defendant,

SHIRIN MARSHALL,

shall forfeit to the United States of America, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any and all property, real and personal, which constitutes or is derived from proceeds traceable to one or more of the violations.

3. The property to be forfeited includes, but is not limited to, the following: an order of forfeiture in the amount of at least $500,000, which represents the proceeds obtained from the offense.

4

4.    If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
    Robert A. Mosakowski
    Assistant United States Attorney

By: _____
    Rachelle DesVaux Bedke
    Assistant United States Attorney
    Chief, Economic Crimes Section

FORM OBD-34
February 22

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

SHIRIN MARSHALL

## INDICTMENT

Violations: 18 U.S.C. § 1341

A true bill,

███████████████████████
Foreperson

Filed in open court this 24 day of February 2022.

_____
Clerk

Bail $_____

GPO 863 525