UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:22-cr-74-VMC-AAS

SHIRIN MARSHALL

## GOVERNMENT'S WITNESS LIST

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, respectfully submits the following list of witnesses to be called in the government's case-in-chief:

1. Linda DeCarlo
2. Dr. David Kalin
3. Alicia Karnetsky
4. Kenneth Kelly
5. Curtis Smith
6. Kenneth Wells
7. Michael Zombory

The United States reserves the right to call additional witnesses during the trial of this case, if appropriate.

                    Respectfully submitted,

                    ROGER B. HANDBERG
                    United States Attorney

By:   */s/ Gregory D. Pizzo*
       Gregory D. Pizzo
       Assistant United States Attorney
       FL Bar No. 41914
       400 N. Tampa Street, Suite 3200
       Tampa, Florida 33602-4798
       Telephone:  (813) 274-6000
       Facsimile:   (813) 274-6358
       E-mail: gregroy.pizzo@usdoj.gov

U.S. v. MARSHALL                                    Case No. 8:22-cr-74-VMC-AAS

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Grady Irvin, Esq.

                                              /s/ *Gregory D. Pizzo*
                                              Gregory D. Pizzo
                                              Assistant United States Attorney
                                              FL Bar No. 41914
                                              400 N. Tampa Street, Suite 3200
                                              Tampa, Florida 33602-4798
                                              Telephone:   (813) 274-6000
                                              Facsimile:    (813) 274-6358
                                              E-mail: gregroy.pizzo@usdoj.gov